IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID JOHNSON, and NORMA JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | 4:04cv3010 |
| v. | ) ) ) | |
| GARVEY ELEVATORS, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

     The Clerk's Office has requested that Document Number 19 be stricken from the record for the following reason:

- Document filed in incorrect case.

     IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 19 from the record. The party has already filed the correct document.

     DATED this 3rd day of October, 2005.

                                     BY THE COURT:

                                     s/ *David L. Piester*
                                     David L. Piester
                                     United States Magistrate Judge