IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARUS BARNASON and JANICE BARNASON, | ) ) ) | 4:03CV3166 |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **ORDER** |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| RAYMOND SCHUTTE, et al., | ) ) | |
| Plaintiffs, | ) ) | 4:04CV3009 |
| vs. | ) ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| DAVID JOHNSON, et al., | ) ) | |
| Plaintiffs, | ) ) | 4:04CV3010 |
| vs. | ) ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| JOHN J. URICH, | ) ) | |
| Plaintiff, | ) ) | 4:04CV3011 |
| vs. | ) ) ) | |
| GARVEY ELEVATORS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

IT IS ORDERED that jury costs are assessed equally against the parties, one-half to be paid by the plaintiffs and one-half to be paid by the defendant.  The Clerk of Court shall provide the parties with the total amount of jury costs incurred in this case.  Jury costs shall be paid within thirty (30) days of the date of this order.

December 12, 2005.                              BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge